AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**SCOTT WINLAND,**

    **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, LICKING COUNTY**      **CASE NO. C2-08-0832**
**JUSTICE CENTER,**      **JUDGE EDMUND A. SARGUS, JR.**
     **MAGISTRATE JUDGE MARK R. ABEL**

    **Respondent.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed May 18, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 18, 2010      JAMES BONINI, CLERK

     */S/ Andy F. Quisumbing*
     (By) Andy F. Quisumbing
     Courtroom Deputy Clerk